**810**

Lenir RICHARDSON, Plaintiff—
Appellant,

v.

METRO TRANSIT AUTHORITY; Fair-
fax Connector; Commonwealth of Vir-
ginia, Defendants—Appellees,

and

Kimberly POWEL; J.C. Lyle, Officer
# 241; Freedom Bail Bonding,
Corporation, Defendants.

No. 04–2549.

United States Court of Appeals,
Fourth Circuit.

Submitted: March 18, 2005.

Decided: April 1, 2005.

Lenir Richardson, Appellant pro se.

Before LUTTIG, MOTZ, and
TRAXLER, Circuit Judges.

Dismissed by unpublished per curiam
opinion.

Unpublished opinions are not binding
precedent in this circuit. See Local Rule
36(c).

PER CURIAM:

Lenir Richardson appeals the district
court's order dismissing for failure to state
a claim some but not all of the defendants
named in Richardson's civil rights action.
We dismiss the appeal for lack of jurisdic-
tion because the order is not appealable.
This court may exercise jurisdiction only
over final orders, 28 U.S.C. § 1291 (2000),
and certain interlocutory and collateral or-
ders, 28 U.S.C. § 1292 (2000); Fed.
R.Civ.P. 54(b); *Cohen v. Beneficial Indus.
Loan Corp.,* 337 U.S. 541, 69 S.Ct. 1221, 93
L.Ed. 1528 (1949). The order here appeal-
ed is neither a final order nor an appeal-
able interlocutory or collateral order.

We dismiss the appeal as interlocutory.
We dispense with oral argument because
the facts and legal contentions are ade-
quately presented in the materials before
the court and argument would not aid the
decisional process.

*DISMISSED*